**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 0 5 2002

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | No. | 02 CR 224 |
| v. | ) | | Violations: Title 18, |
| | ) | | United States Code, |
| JOSEPH D. KONOPKA | ) | | Section 229(a)(1) |

<u>COUNT ONE</u>

JUDGE ANDERSEN

MAGISTRATE JUDGE BOBRICK

The SPECIAL MARCH 2001 GRAND JURY charges:

On or about March 9, 2002, at Chicago, in the Northern District of Illinois,

JOSEPH D. KONOPKA,

defendant herein, knowingly retained and possessed a chemical weapon, namely sodium cyanide, which is a toxic chemical not intended by the defendant to be used for a peaceful purpose as that term is defined in Title 18, United States Code, Section 229F(7)(A);

In violation of Title 18, United States Code, § 229(a)(1).

**DOCKETED**

JUN 1 4 2002



## COUNT TWO

The SPECIAL MARCH 2001 GRAND JURY also charges:

On or about March 9, 2002, at Chicago, in the Northern District of Illinois,

JOSEPH D. KONOPKA,

defendant herein, knowingly retained and possessed a chemical weapon, namely potassium cyanide, which is a toxic chemical not intended by the defendant to be used for a peaceful purpose as that term is defined in Title 18, United States Code, Section 229F(7)(A);

In violation of Title 18, United States Code, § 229(a)(1).

A TRUE BILL:

_____
F O R E P E R S O N

_____
UNITED STATES ATTORNEY

2

(Revised 5/99)

No. 02 CR 224

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA

vs.

JOSEPH D. KONOPKA

# INDICTMENT

Violation(s): Title 18 United States Code Section 229(a)(1)

A true bill,

_____
Foreman

Filed in open court this 5th day of June, A.D. 2002

MICHAEL W. DOBBINS
By _____

Bail, $ _____
Clerk